IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**CHARLES BYRD**,

    Plaintiff,

v.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

    Defendant.

Civil Action No. 7:10-CV-36 (HL)

## ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 12) is before the Court. Judge Langstaff recommends that the Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g). No objections to the Recommendation were filed.

The Court has reviewed the Recommendation for clear error, and finds none. The Recommendation is accepted and adopted.

**SO ORDERED**, this the 23rd day of September, 2011.

        */s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh